**PIERCE ATWOOD LLP**

**NOLAN L. REICHL**

Merrill's Wharf
254 Commercial Street
Portland, ME 04101

**P** 207.791.1304
**F** 207.791.1350
nreichl@pierceatwood.com
pierceatwood.com

Admitted in: ME, MA, NY

November 24, 2025

**VIA EMAIL TO MaineECFIntake@med.uscourts.gov**

Ms. Christa K. Berry
Clerk of Court, United States District Court of the District of Maine
Edward T. Gignoux United States Courthouse
156 Federal Street
Portland, ME 04101

Re:   *Gray Yarmouth Road Solar LLC, et al. v. Maine Public Utilities Commission, et al.*

Dear Ms. Berry:

This office represents the Plaintiffs in the above-referenced matter, initiated by the Verified Complaint filed with the Court this same day.

As the Verified Complaint states and for the reasons set forth in Plaintiffs' Motion for Preliminary Injunction, Plaintiffs in this matter seek a preliminary injunction against the enforcement of provisions of "An Act to Reduce Costs and Increase Customer Protections of the State's Net Energy Billing Programs" ("LD 1777") due to take effect on January 1, 2026. As set forth in their motion, Plaintiffs will suffer irreparable harm if they do not receive a preliminary injunction before that date.

Counsel for Plaintiffs conferred with Thomas Knowlton and other representatives of the Attorney General's Office in advance of today's filing and notified them of the action and Plaintiffs' motion for preliminary injunction. We understand the Attorney General's Office will assess the matter and identify counsel for the Defendants Maine Public Utilities Commission and its commissioners. Once so identified, Plaintiffs' counsel intends to confer with counsel for the Defendants over matters concerning an appropriate briefing schedule and page limits, and promptly present the Court with any areas of agreement or disagreement as to those matters.

Counsel for Plaintiffs can make themselves available at the Court's convenience to discuss any aspect of this matter.

Christa K. Berry
November 24, 2025
Page 2

Thank you for your attention and consideration.

Sincerely,

Nolan L. Reichl

cc: Thomas Knowlton, Esq.

13953846
#18696942v1